UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMION D. VARNADO, | ) | Case No. CV 14-5899 SJO(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: August 4, 2014.

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE